## BEFORE THE MARYLAND HEALTH CARE
## ALTERNATIVE DISPUTE RESOLUTION OFFICE

SONG C. LOPEZ-KRIST,                    *

    Claimant,                         *

    v.                                *      Case No. HCA 2012-071

RALPH T. SALVAGNO, M.D.,                *
CENTER FOR JOINT SURGERY AND
SPORTS MEDICINE, P.A., AND              *
MERITUS MEDICAL CENTER, INC., d/b/a
WASHINGTON COUNTY                       *
HOSPITAL ASSOCIATION,
                                        *
    Health Care Providers.
                                        *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ELECTION FOR WAIVER OF ARBITRATION

Health Care Providers, Ralph T. Salvagno, M.D. and Center for Joint Surgery

and Sports Medicine, P.A., by and through their attorneys, Conrad W. Varner and

Varner & Goundry, A Professional Corporation, hereby declares:

Pursuant to the Annotated Code of Maryland, Courts and Judicial Proceedings

Article, Section 3-2A-06B, the Defendants hereby elect to proceed directly to the

Circuit Court for Washington County, Maryland.

                          Conrad W. Varner
                          VARNER & GOUNDRY
                          A Professional Corporation
                          30 West Patrick Street, Suite 700
                          Frederick, Maryland  21701
                          (301) 631-1800
                          Attorneys for Health Care Providers,
                          Ralph T. Salvagno, M.D., and
                          Center for Joint Surgery and Sports
                          Medicine, P.A.

COPY

EXHIBIT 1                    MAR 2 8 2012

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of March, 2012, a copy of the foregoing **Election for Waiver of Arbitration** was sent via regular mail, postage prepaid to:

Robert R. Michael, Esq.
Shadoan, Michael & Wells, LLP
108 Park Avenue
Rockville, MD 20850
Attorney for Claimant

Michele L. Smith, Esquire
Adelman, Sheff & Smith, LLC
180 Admiral Cochrane Drive
Suite 370
Annapolis, MD 21401
Attorney for Health Care Provider,
Meritus Medical Center
  d/b/a Washington County
  Hospital Association

_____
Conrad W. Varner

| | | |
|---|---|---|
| SONG G. LOPEZ-KRIST | * | BEFORE THE |
| Claimant | * | HEALTH CARE |
| v. | * | ALTERNATIVE DISPUTE |
| RALPH T. SALVAGNO, M.D., *et al.* | * | RESOLUTION OFFICE |
| Health Care Providers | * | HCA No.:  2012-071 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF TRANSFER

Upon consideration of the Election for Waiver of Arbitration pursuant to the Annotated Code of Maryland, Courts & Judicial Proceedings Article, filed in the above-captioned case, it is this _____ day of _____, 2012, by the Health Care Alternative Dispute Resolution Office,

**ORDERED**, that this case shall be and is hereby, transferred to the Court of the appropriate venue and jurisdiction.

_____
HARRY L. CHASE, DIRECTOR
Health Care Alternative Dispute Resolution Office

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the above ORDER OF TRANSFER have been mailed, postage prepaid, to all counsel.

_____
HARRY L. CHASE, DIRECTOR

APR - 3 2012